# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-0420-FMO (JEM) | Date | March 12, 2019 |
| Title | Randy Wiggins v. Nancy A. Berryhill | | |

**Present: The Honorable JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: PLAINTIFF'S FAILURE TO FILE PROPER PROOF OF SERVICE

The proofs of service of the summons and complaint filed by Plaintiff on March 5, 2019, do not establish that defendant has been properly served. Plaintiff is directed to the Court's Order re: Procedures in Social Security Appeal, which states:

Such service shall consist of sending a copy of the summons and complaint by registered or certified mail to each of the following: (1) the United States Attorney for the Central District of California, or his/her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 N. Los Angeles Street, Los Angeles, California 90012; (2) the Commissioner of Social Security in Washington, D.C.; (3) and the Attorney General of the United States in Washington, D.C.

Plaintiff shall file a proof of service showing compliance with this Order no later than **thirty (30) days** after the filing of the Complaint.

Plaintiff has failed to demonstrate proper service.

Accordingly, the Court ORDERS plaintiff to show cause in writing on or before **March 26, 2019**, why this action should not be dismissed for lack of prosecution. Plaintiff may discharge this Order to Show Cause by demonstrating proper service of the summons and complaint in the manner previously ordered by the Court. That is, the proofs of service must demonstrate that the summons and complaint have been served on the correct persons at the correct location and by the correct method (registered or certified mail with attached receipts or documentation showing the method of mailing).

| Case No. | CV 19-0420-FMO (JEM) | Date | March 12, 2019 |
|---|---|---|---|
| Title | Randy Wiggins v. Nancy A. Berryhill | | |

    The Order to Show Cause will be submitted upon the filing of plaintiff's response. Plaintiff is advised that failure to file proper proofs of service or other response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

                                                                                            :       
Initials of Preparer                  slo