# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-0420-FMO (JEM) | Date | August 26, 2019 |
| Title | Randy Wiggins v. Nancy A. Berryhill | | |

**Present: The Honorable** JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S FAILURE TO FILE MEMORANDUM IN SUPPORT OF COMPLAINT**

The Court notes that plaintiff has failed to file and serve the appropriate memorandum in support of the Complaint. Plaintiff is directed to the Court's Amended Case Management [Procedures in Social Security Appeal] issued on February 8, 2019 (Dkt. No. 8).

Accordingly, the Court ORDERS plaintiff to show cause in writing on or before **September 3, 2019**, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will be submitted upon the filing of plaintiff's response. Plaintiff is advised that failure to file the memorandum in support of the Complaint or other response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

| | : | |
|---|---|---|
| Initials of Preparer | | slo |